■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE SOSA, Appellant. [710 NYS2d 253] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (George, J.), rendered April 23, 1998, convicting him of criminal possession of a controlled substance in the third degree and criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]). Bracken, J. P., Friedmann, Luciano and Smith, JJ., concur.